UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-mj-03110-AOR

FILED BY_____CG_____D.C.

**Jun 3, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Florida

UNITED STATES OF AMERICA

v.

LONTRELL WILLIAMS, BOBBY BROWN,
AND JAYDEN DAROSA,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____

Arielle Klepach
Assistant United States Attorney
Federal Bar No. A5502706
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9272
Arielle.Klepach@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-mj-03110-AOR |
| LONTRELL WILLIAMS, BOBBY BROWN, and JAYDEN DAROSA, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 9, 2020_____ in the county of _____Miami-Dade_____ in the

_____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Robbery |
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Elio Garcia
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time

Date: ___6/3/21___

_____
*Judge's signature*

City and state: _____Miami, Florida_____

Hon. Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Elio Garcia, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer ("TFO") for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have been an FBI TFO since May 2019. I am also a Homicide Detective for the Miami-Dade Police Department and have been assigned to the Homicide Bureau since May of 2021. Prior to my Homicide Bureau assignment, I served in the Miami-Dade Police Department Robbery Bureau from March 2003 to May 2021. I have received training in the investigations of robbery-related crimes and the identification of subjects. As a Task Force Officer for the FBI, my current duties involve investigating various violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law.

2.      The information set forth in this Affidavit results from my own investigation and that of other law enforcement agents. This Affidavit is submitted for the limited purpose of establishing probable cause that, on or about October 9, 2020, Lontrell D. WILLIAMS, Bobby BROWN, and Jayden DAROSA (collectively, "the defendants") committed the offenses of Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), Hobbs Act Robbery, in violation in Title 18, United States Code, Section 1951(a), and Discharging a Firearm in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

3.      Because this Affidavit is submitted for the limited purpose of setting forth probable cause for the proposed criminal complaint, it does not contain every fact known to me about the investigation.

**PROBABLE CAUSE**

4.      On October 9, 2020, at approximately 1:50 p.m., three males, later identified as WILLIAMS, BROWN, and DAROSA, arrived at the Landon Hotel ("the hotel"), located at 9700 East Bay Harbor Drive, in Bay Harbor Islands, Florida. WILLIAMS was driving a green McLaren with BROWN in the passenger's seat. DAROSA was driving a black Mercedes Maybach.[1] WILLIAMS had arranged to meet the victims at that location to purchase a pair of high-end athletic sneakers and marijuana. WILLIAMS had rented the McLaren from Victim 1 and was hoping to negotiate an extension of his vehicle rental as part of the transaction.

5.      During the transaction, WILLIAMS and BROWN brandished firearms and shot both victims. Specifically, BROWN shot Victim 1 in the hip, and WILLIAMS shot Victim 2 in the buttocks. The victims then drove to MD Urgent Care for medical assistance and were later transported to Aventura Hospital for further treatment.

6.      As part of the investigation, law enforcement reviewed video surveillance, which depicts WILLIAMS arriving at the hotel in the green McLaren with BROWN as the passenger, and DAROSA arriving in the black Maybach. WILLIAMS was wearing a yellow shirt, BROWN was wearing a white t-shirt, and DAROSA was wearing a purple hooded sweatshirt. Shortly after WILLIAMS arrived at the hotel, Victim 1 approached WILLIAMS and handed him a bag of marijuana. Victim 2 then approached and gave WILLIAMS a shopping bag. WILLIAMS opened the shopping bag and removed a pair of athletic sneakers and began examining them.

7.      Victim 2 then walked around the McLaren and sat in the passenger seat, where BROWN had previously been seated, to collect payment from WILLIAMS. As Victim 2 held one of the sneakers in his hand, WILLIAMS pointed a Draco subcompact weapon at him and

---

[1] There were two passengers inside of the Maybach with DAROSA.

2

demanded that he leave the sneakers in the car. DAROSA stepped out of the Maybach, approached Victim 2, and attempted to take Victim 2's jewelry from his person. Moments later, as Victim 2 attempted to stop DAROSA from stealing his jewelry, WILLIAMS shot Victim 2 in the buttocks. Victim 2 then retreated towards his vehicle. Ultimately, DAROSA could not take the jewelry from Victim 2's person, but WILLIAMS maintained the sneakers without paying for them. Victim 2 operates a shoe sale business that involves the shipment of products in interstate commerce. WILLIAMS never paid either victim for the shoes or marijuana.

8.      Moments after WILLIAMS shot Victim 2, BROWN shot Victim 1 in the hip. Video surveillance shows Victim 1 fall to the ground in the area between the green McLaren and the victims' vehicle. Victim 1 then observed WILLIAMS point a Draco subcompact weapon at him and state, in substance: "Don't you try it!" Shortly thereafter, WILLIAMS, DAROSA, and BROWN returned to their respective vehicles and drove away. WILLIAMS never stepped out of the driver's seat of the McLaren.

9.      The surveillance video captured a Louis Vuitton bag falling out of the driver's seat of the McLaren as WILLIAMS drove away after the shooting. Law enforcement recovered the bag, which contained $40,912 in United States Currency. WILLIAMS' publicly available Instagram account named "POOHSHIESTY" contains photographs that depict him displaying several long rifles and a plethora of $100.00 bills days before the robbery. One of the hundred-dollar bills from the picture displayed the full serial number of the bill, which was LB73066478J. Law enforcement recovered a $100 bill with the same serial number from the Louis Vuitton bag. WILLIAMS' Instagram account also contains "tagged" photographs where he is depicted posing with a green McLaren like the one from the video surveillance.

10.     Law enforcement later identified DAROSA's publicly available Instagram page by the name of "DREADMONTANAA." The account contained several photographs where DAROSA is depicted holding a Draco firearm like the one used by WILLIAMS during the shooting.

11.     After recovering the video surveillance, law enforcement responded to Aventura Hospital to speak to the victims and present them with still photographs from the video surveillance. Victim 1 stated that he was certain that the person driving the green McLaren was the rapper named "POOHSHIESTY." Victim 1 said he had several encounters with "POOHSHIESTY," including when Victim 1 rented him the green McLaren. Victim 1 explained that, when he was shot, the closest person to him was "POOHSHIESTY'S" road manager, Bobby BROWN. Victim 1 described BROWN as wearing a white t-shirt, which was corroborated by video surveillance. Law enforcement also presented Victim 1 with a photograph of DAROSA, and Victim 1 identified DAROSA as the driver of the Mercedes Maybach and the person wearing the purple hoodie.

12.     Law enforcement then contacted Victim 2 while he was being treated at Aventura Hospital. Law enforcement presented still photographs from the video surveillance to Victim 2, who also identified WILLIAMS as the driver of the green McLaren. Victim 2 identified DAROSA as the male wearing the purple hooded sweatshirt. Lastly, Victim 2 identified BROWN as the road manager.

13.     On Sunday, May 30, 2021, WILLIAMS performed as a rap artist at the King of Diamonds club, located at 7020 Northwest 72nd Avenue in Miami, Florida. After his performance, WILLIAMS was paid the outstanding balance of his performance in cash, and a person from the crowd slapped his hand, causing WILLIAMS to drop the cash on the ground.

14.    WILLIAMS then retrieved a black semi-automatic pistol from his waistband and began waving it to prevent club patrons from taking his money. Upon seeing WILLIAMS with a firearm, club security sought to remove him from the venue. Video surveillance captured WILLIAMS walking with the firearm in his hands. WILLIAMS then fired one shot, striking the club's security guard in the ankle. WILLIAMS fled in a dark-colored vehicle.

<u>CONCLUSION</u>

15.    Based on the information provided above, I respectfully submit that there exists probable cause to believe that on or about October 9, 2020, in Miami-Dade County, in the Southern District of Florida, WILLIAMS, BROWN, and DAROSA committed the offenses of Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), and Discharge of a Firearm in Furtherance of Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

TASK FORCE OFFICER ELIO GARCIA
FEDERAL BUREAU OF INVESTIGATION

Attested to by the Applicant in accordance with the requirements of F. R. Crim. P. 4.1 via FaceTime this _3rd_ day of June 2021, in Miami, Florida.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE